HORNSTEIN REALTY ASSOCIATES v. JOSEPH
MORRIS, ET AL.

May 12, 1986.

Petition for certification denied.

SUSAN MONTAGUE HIRSCHHORN v. KIM D. MONTAGUE.

May 12, 1986.

Petition for certification denied.

PATRICIA I. BLINN v. N.J. CIVIL SERVICE
COMMISSION, ET AL.

May 12, 1986.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE WILL OF
BERNARD NASSANO, DECEASED.

May 12, 1986.

Petitions for certification denied.